AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means   ☑ Original   ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>ONE GREY IPHONE UNDER RULE 41 | )<br>)<br>) Case No. 25-SW-37<br>)<br>)<br>) |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located within the jurisdiction of the District of Columbia.
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A (incorporated by reference).

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B (incorporated by reference).

**YOU ARE COMMANDED** to execute this warrant on or before   February 27, 2025   *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   Zia M. Faruqui   .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   2/14/2025                                  *Judge's signature*

City and state:   Washington, D.C.                                  Zia M. Faruqui
                                                          United States Magistrate Judge

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| **Return** ||||
|---|---|---|---|
| Case No.: 25-SW-37 | Date and time warrant executed: 2/14/2025 @ 1:15pm | Copy of warrant and inventory left with: N/A ||
| Inventory made in the presence of : N/A ||||
| Inventory of the property taken and name(s) of any person(s) seized: <br><br> Various digital files from subject phone ||||

**Certification**

    I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 12/10/2025

*Executing officer's signature*

SA Tonya Sturgill Griffith

*Printed name and title*

## ATTACHMENT A

*Property to be searched*

The property to be searched is dark grey iPhone with IMEI number 354509713449629, hereinafter, "TARGET DEVICE." TARGET DEVICE is currently stored by the Federal Bureau of Investigations Washington Field Office located at 601 4th Street N.W., Washington, D.C.

## **ATTACHMENT B**

*Property to be seized*

1.  The items, information, and data to be seized are fruits, evidence, information relating to, contraband, or instrumentalities, in whatever form and however stored, relating to the commission of Distribution of Child Pornography, in violation of 18 U.S.C. § 2252(a)(2) the "TARGET OFFENSE") as described in the search warrant affidavit, including, but not limited to call logs, phone books, photographs, voice mail messages, text messages, images and video, Global Positioning System data, and any other stored electronic data that contain, constitute evidence of, document, establish, identify, or reflect:

   a. Establishing or documenting the commission of the TARGET OFFENSE;

   b. Identifying locations where the individual committed the TARGET OFFENSE, traveled to before and after the commission of the TARGET OFFENSE, and in preparation for the TARGET OFFENSE;

   c. Reflecting the ownership and use of the item identified in Attachment A by the individual committing the TARGET OFFENSE;

   d. Documenting meetings and communications between individuals committing one or more of the TARGET OFFENSE;

   e. Reflecting communications between the individual committing one or more of the TARGET OFFENSE and other individuals, discussing the commission of one or more of the TARGET OFFENSE;

f.  Reflecting communications between the individual committing one or more of the TARGET OFFENSE and other individuals who may have assisted or provided support in the commission of one or more of the TARGET OFFENSE;

g.  Containing photographs or video that would constitute evidence of a violation of the TARGET OFFENSE, to include child pornography and child erotica;

h.  Documenting or containing evidence of the obtaining, secreting, transfer, expenditure and/or the concealment of contraband in violation of the TARGET OFFENSE; and

i.  Any records and information relating to the sexual exploitation of children or the possession, distribution, or receipt of child pornography;

j.  Records and information related to the email addresses, phone numbers, social media, account identifiers used by perpetrators, aiders and abettors, co-conspirators, and accessories after the fact concerning the TARGET OFFENSE;

k.  Evidence of who used, owned, or controlled the Device(s) at the time the things described in this warrant were created, edited, or deleted, such as logs, registry entries, configuration files, saved usernames and passwords, documents, browsing history, user profiles, email, email contacts, chat, instant messaging logs, photographs, and correspondence;

l.  Evidence of software, or the lack thereof, that would allow others to control the Device(s), such as viruses, Trojan horses, and other forms of malicious software, as well as evidence of the presence or absence of security software designed to detect malicious software;

m. Evidence of the attachment to the Device(s) of other storage devices or similar containers for electronic evidence;

n. Evidence of counter-forensic programs (and associated data) that are designed to eliminate data from the Device(s);

o. Evidence of the times the Device(s) was used;

p. Passwords, encryption keys, and other access devices that may be necessary to access the Device(s);

q. Documentation and manuals that may be necessary to access the Device(s) or to conduct a forensic examination of the Device(s);

r. Records of or information about Internet Protocol addresses used by the Device(s); and

s. Records of or information about the Device(s)'s Internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any Internet search engine, and records of user-typed web addresses.